IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E. AARON ENTERPRISES, INC. | : | CIVIL ACTION |
| | : | NO. 10-1087 |
| v. | : | |
| | : | |
| CAROLINA CLASSIFIED.COM LLC d/b/a | : | |
| CAROLINA MONEYSAVER, | : | |
| | : | |
| and | : | |
| | : | |
| BLUE MARLIN PRINTING, INC. | : | |

ORDER

AND NOW, this 27th day of July, 2010, in consideration of Aaron's fee petition, LaRocca Hornik's affidavit in support thereof, Carolina's objections and LaRocca Hornik's reply, it is ORDERED as follows:

1) With respect to Carolina's objection that LaRocca Hornik's requested hourly rates are excessive Aaron is DIRECTED to submit promptly by affidavit evidence of the prevailing market rates in this District;

2) Carolina's objection to LaRocca Hornik's block billing is OVERRULED; and

3) Carolina's objection to LaRocca Hornik's alleged duplicative billing is OVERRULED; and

4) Carolina's objection to Aaron's collection of attorney's fees related to its lawsuit against Blue Marlin is SUSTAINED without prejudice to Aaron's ability to submit a post-trial application for such fees.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.